B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF NEW YORK MANHATTAN DIVISION | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Arthur Durant | Case Number: 10-12269-MG |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R7

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

**Court Claim Number:** _____
(*If known*)

Filed on:

**Name and address where payment should be sent (if different from above):**
American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019

Telephone Number: (800) 704-0800

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $239,381.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:** Money Loaned
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** xxxxxx4691

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other: _____
  **Describe:** 3720 Dyre Avenue, Bronx, New York 10466

  **Value of Property:** not available   **Annual Interest Rate:**

  Amount of arrearage and other charges as of time case filed included in secured claim,

  if any: $18,950.74  **Basis for perfection:** Recordation of Lien

  **Amount of Secured Claim:** $239,381.02   **Amount Unsecured** $0.00

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: May 20, 2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lawrence J. Buckley  as Creditor's Authorized Agent   P.O. Box 829009<br>972.643.6600                                                                   Dallas, TX 75382-9009 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
7417-N-8099

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE: § 
 § CASE NO. 10-12269-MG
ARTHUR DURANT §
 § CHAPTER 13
 §
 § JUDGE MARTIN GLENN

**EXHIBIT A**

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF AMERICAN HOME MORTGAGE SERVICING, INC, AS SERVICING
AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST
MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R7
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
3720 DYRE AVENUE, BRONX, NEW YORK 10466

SECTION I. ITEMIZATION OF CLAIM

| | | |
|---|---|---:|
| 1. | Total Debt (As of April 29, 2010) | $239,381.02 |
| 2. | Interest rate as of April 29, 2010 | 6.25% |
| 3. | Interest from Last Paid Installment | $11,739.17 |
| 4. | Detail of arrearage: (through Apr 10) | |
| | 10 payments July 2009 through April 2010 @ $1,446.94 each: | $14,469.40 |
| | Accrued late charges | $133.06 |
| | ** ATTORNEY FEES AND COSTS | $3,765.00 |
| | ** OTHER CHARGES | |
| | Inspection Fees | $67.20 |
| | Appraisal Fees | $79.00 |
| | NSF Fees | $81.88 |
| | Breach Letter Fees | $40.00 |
| | Escrow Shortage | $315.20 |
| | **TOTAL ARREARAGE** | **$18,950.74** |

Monthly payment amount at petition: $1,446.94. The monthly payment amount may change due to escrow requirements and/or interest rate adjustments.

Name of Creditor: American Home Mortgage Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R7 ("Deutsche Bank")
File Number 7417-N-8099 / poc