| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2009012900172001001E56B9 |
|---|---|

| Document ID: 2009012900172001 | Document Date: 01-15-2009 | Preparation Date: 01-29-2009 |
|---|---|---|
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NATIONWIDE TITLE CLEARING<br>2100 ALT 19 NORTH<br>PALM HARBOR, FL 34683<br>727-771-4000<br>jessica_lesinski@nwtc.com | NATIONWIDE TITLE CLEARING<br>2100 ALT 19 NORTH<br>PALM HARBOR, FL 34683<br>727-771-4000<br>jessica_lesinski@nwtc.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 4950 | 73 | Entire Lot | 3720 DYRE AVENUE |

Property Type: 1-2 FAM WITH ATTCH GAR &/OR VACANT LAND

### CROSS REFERENCE DATA

CRFN: 2006000374134

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CITI RESIDENTIAL LENDING INC<br>10801 E 6TH STREET<br>RANCHO CUCAMONGA, CA 91730 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | $ 0.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | $ 0.00 |
| Exemption: | | | | |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | $ 0.00 |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    02-17-2009 14:33
City Register File No.(CRFN):
2009000045585

*Annette M Hill*
*City Register Official Signature*

CRL L#: 0124168667
Assignee L#: 4001644691
Investor L#: 0124168667
Custodian: 85
Effective Date: 02/11/2009

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR AMERIQUEST MORTGAGE COMPANY, WHOSE ADDRESS IS 10801 E. 6TH STREET, RANCHO CUCAMONGA, CA 91730**, (ASSIGNOR), by these presents does convey, grant, sell, assign, transfer and set over the described mortgage together with the certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, AMERIQUEST MORTGAGE SECURITIES INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R7, UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2005, WHOSE ADDRESS IS 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705-4934**, (ASSIGNEE)

Mortgage dated 06/22/2005, made by **ARTHUR DURANT AND MARYANN DURANT** to **AMERIQUEST MORTGAGE COMPANY** in the principal sum of $235,000.00 and recorded on 07/01/2006 in Liber page, CRFN # 2006000374134 in the office of the Registry of BRONX County, N.Y.

Prop Addr: 3720 DYRE AVENUE
BRONX, NY 10466

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated: THIS 15TH DAY OF JANUARY IN THE YEAR 2009
CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR AMERIQUEST MORTGAGE COMPANY
POA RECORDED 11/01/2007 DOC#:2007000549456

By _____
CRYSTAL MOORE VICE PRESIDENT

By _____
VILMA CASTRO witness

STATE OF FLORIDA COUNTY OF PINELLAS
THIS 15TH DAY OF JANUARY IN THE YEAR 2009, before me, the undersigned, personally appeared CRYSTAL MOORE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in PINELLAS County, State of FLORIDA

_____
BRYAN J. BLY Notary Public
Residing in the county of PINELLAS
My commission expires 07/01/2011

SEAL

Bryan J. Bly
Notary Public, State of Florida
Commission # DD 691065
Expires July 01, 2011
Bonded Through National Notary Assn.

Document Prepared By: Jessica Fretwell/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
Property ID(S/B/L): B: 4950 L: 73
Return by Mail to: AMERICAN HOME MTG SERVICING
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

CRLAS 9181732  1/31 CJ2023152  $42.00

*9181732*

form5/FRMNY1