July 26, 2010

The Law Offices of Linda M. Tirelli P.C.
Linda Tirelli
1100 Summer Street, Third Floor
Stamford, CT  06905

Re: Case No.: 10-12269
    Borrower: Arthur Durant
    Property Address: 3720 Dyre Avenue
                     Bronx NY 10466

Dear The Law Offices of Linda M. Tirelli, P.C.:

This is the response of American Home Mortgage Servicing, Inc. ("AHMSI") to your letter dated 07/05/10, which you characterized therein as a Qualified Written Request pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C.2605(e) ("RESPA"). A true and correct copy of your letter is attached hereto as Exhibit 1.

Pursuant to your request, we have attached a copy of the following documents:

* Payment history
* Copy of Note
* Copy of Deed of Trust (Security Instrument)

Please be advised that your request for additional loan documents is not a written qualified request as defined under RESPA. RESPA outlines that the information that may be obtained on a loan under a Qualified Written Request is specifically limited to "information relating to the servicing of such loan... that includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to the servicer regarding other information sought by the borrower."

Sincerely,

Bankruptcy Department
American Home Mortgage Servicing, Inc.

BK061 007 ASV