# THE LAW OFFICES OF LINDA M. TIRELLI PC

**1100 SUMMER STREET, THIRD FLOOR • STAMFORD, CT 06905**
**PHONE (203)653-2203 • FAX (914)946-0870 • EMAIL WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

* Admitted CT, USDCCT and SDNY

White Plains, NY Office
(By Appointment Only)
202 Mamaroneck Ave., 3rd Floor
White Plains, NY 10601
(914)946-0860

July 5, 2010

American Home Mortgage Servicing Inc.
P.O. Box 631730
Irving, TX 75063-1730
Via Certified First Class US Mail RRR#7009 3410 0001 2124 7890

RE: My Clients: Mr. Arthur Durant and Mrs. Maryann Durant

**Property Address:**
3720 Dyre Avenue
Bronx, NY 10466

**Your Acct #** 647400164

## WRITTEN REQUEST PURSUANT TO THE TRUTH-IN-LENDING ACT

Dear Sir or Madam:

In accordance with Section 131(f) of the Truth-in-Lending Act, 15 U.S.C. Section 1641(f), please provide me with the name, address, and telephone number of the owner of the promissory Note signed by my clients and secured by the deed of trust / mortgage in my client's mortgage loan referenced above.

I request that you forward the requested information to me within twenty (20) days from the date of this request.

Thanking you in advance, I am

Very truly yours,

- COPY -

Linda M. Tirelli, Esq.

Cc: Jeffrey Sapir, Chapter 13 Trustee
Greg Zipes, UST
David Babel, Esq., Debtor's Counsel
Alan Weinreb, Esq.
Lawrence J. Buckley, Esq.
Mr. and Mrs. Durant, Clients



National Association of
Consumer Bankruptcy Attorneys

*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.