# THE LAW OFFICES OF LINDA M. TIRELLI PC

**1100 SUMMER STREET, THIRD FLOOR • STAMFORD, CT 06905**
**PHONE (203)653-2203 • FAX (914)946-0870 • EMAIL WESTCHESTERLEGAL@AOL.COM**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

\* Admitted CT, USDCCT and SDNY

<u>White Plains, NY Office</u>
(By Appointment Only)
202 Mamaroneck Ave., 3rd Floor
White Plains, NY 10601
(914)946-0860

August 11, 2010

American Home Mortgage Servicing Inc.
P.O. Box 631730
Irving, TX 75063-1730
*Via Certified First Class US Mail RRR#7010 0290 0001 6378 9313*

RE: My Clients: Mr. Arthur Durant and Mrs. Maryann Durant

**Property Address:**
3720 Dyre Avenue
Bronx, NY 10466

**Your Acct #** 647400164

## SECOND WRITTEN REQUEST PURSUANT TO THE TRUTH-IN-LENDING ACT

Dear Sir or Madam:

Enclosed please find a copy of my letter dated July 5, 2010 which remains unanswered despite your legal requirement to do so. I am hereby requesting this information a second and final time. This time, however, I request that you forward the requested information to me within **five (5) days from the date of this request as per the time frame mandated by Congress, effective July 15, 2010 in "Subtitle 'E' Mortgage Servicing" of the "Dodd-Frank Wall Street Reform and Consumer Protection Act.'**

In accordance with Section 131(f) of the Truth-in-Lending Act, 15 U.S.C. Section 1641(f), please provide me with the name, address, and telephone number of the owner of the promissory Note signed by my clients and secured by the deed of trust / mortgage in my client's mortgage loan referenced above.

As it stands, your noncompliance with the Truth in Lending Act entitles my client to statutory damages which we fully reserve the right to pursue. You should further note that the statutory damages for your failure or refusal to respond with truthful and complete information have also doubled under the Dodd-Frank Act. Should you fail to reply to this second request, we will seek additional damages under the law. Please conduct yourselves accordingly.



National Association of Consumer Bankruptcy Attorneys

*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.

Thanking you in advance, I am

                                          Very truly yours,

                                          Linda M. Tirelli, Esq.

Cc:    Jeffrey Sapir, Chapter 13 Trustee
        Greg Zipes, UST
        David Babel, Esq., Debtor's Counsel
        Alan Weinreb, Esq.
        Lawrence J. Buckley, Esq.
        Mr. and Mrs. Durant, Clients

National Association of Consumer Bankruptcy Attorneys

*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.