**Exhibit "L"**

The entire PSA can be viewed online at the following web page:

http://sec.gov/Archives/edgar/data/1337127/000088237705002499/d368231.htm